UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 15-09262-CBM -AGR | Date | December 30, 2015 |
|---|---|---|---|

| Title | *Sean David Morton et al. v. Peter Lu et al.* |
|---|---|

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**   **IN CHAMBERS- NOTICE TO ALL PARTIES OF COURT ORDER**

The November 17, 2015 order extending the time for the Government to retain items pursuant to the search warrant by 60 days, listed nine (9) specific digital devices for which the time for retention was extended.

Defendants are **ORDERED TO SHOW CAUSE**, in writing, **no later than January 6, 2016**, why the Court should not order all other seized items to be returned to Plaintiffs which were not specifically identified in the November 17, 2015 order.

**IT IS SO ORDERED.**