UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 15-09262-CBM –(AGRx) | Date | July 27, 2020 |
| Title | *Sean David Morton et al. v. Peter Lu et al.* | | |

Present: The Honorable CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**     **IN CHAMBERS- ORDER RE: STATUS REPORT OF THE UNITED STATES OF AMERICA AND ORDER TO SHOW CAUSE RE STAY AND RETURN OF PROPERTY**

The Court has reviewed the Government's Status Report regarding the return of property and status of the appeals re the criminal case, *United States of America v. Morton et al.*, CR15-0611-SVW. (Dkt. No. 72.)

In this civil action, pro se Plaintiffs seek return of property seized by the Government. (Dkt. No. 1.) On February 19, 2016, this case was stayed pending resolution of the criminal case. (Dkt. No. 38.) On April 7, 2017, Plaintiffs were convicted on all counts of the superseding indictment in the criminal case. Plaintiffs appealed their convictions. The Government reports that the Ninth Circuit affirmed Plaintiff Melissa Morton's conviction on August 21, 2019, and affirmed Plaintiff Sean David Morton's conviction on June 2, 2020. (Dkt. No. 72.) The Government further reports "the documents still in the Government's possession that have not been returned to Plaintiffs are 'client' files and supporting paperwork for false financial instruments prepared by Plaintiffs that were the subject of the criminal case and resulting convictions." (*Id.*)

The parties are ORDERED TO SHOW CAUSE in writing **no later than August 11, 2020**, why the stay in this action should not be lifted, why the documents still in the Government's possession should not be returned to Plaintiffs, and why this case should not be closed.

**IT IS SO ORDERED.**